SOPHIE M. LA GRAVE, Appellant, *v.* LEOPOLD HELLINGER, Respondent.

*La Grave* v. *Hellinger*, 144 App. Div. 397, affirmed.
(Argued April 11, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1911, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to recover upon a bond.

*Frederick L. Taylor, Raymond D. Thurber* and *Archibald R. Watson* for appellant.

*Harold Nathan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J.; GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.